# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0967
LT Case No. 2009-CF-004125-A

———————————————

SHAWN FACKELMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Marion County.
Steven G. Rogers, Judge.

Shawn Fackelman, Cross City, pro se.

No Appearance for Appellee.

August 6, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____